UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KOREY KIDWELL AS LIMITED ADMINISTRATOR WWA FOR THE ESTATE OF VERNON WEATHERFORD** | **MISC. CASE NO.** 17-mc-139 |
| **VERSUS** | **JUDGE DOHERTY** |
| **TAKEDA PHARMACEUTICALS AMERICA, INC.; TAKEDA PHARMACEUTICALS U.S.A., INC., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; and TAKEDA PHARMACEUTICAL COMPANY LIMITED** | **MAGISTRATE JUDGE HANNA** |

### REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, VERNON WEATHERFORD

This Court, having reviewed Plaintiff's Unopposed Motion to Approve Settlement as to Claims of Korey Kidwell as Limited Administrator WWA of the Estate of Vernon Weatherford, deceased and Derivative Claimant; and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiff, Korey Kidwell as Limited Administrator WWA of the Estate of Vernon Weatherford and Derivative Claimant and Joy Weatherford and Patsy King and Mark Weatherford and Chad Weatherford and Michael Weatherford as Derivative Claimants individually and as legal heirs to the Estate of Vernon Weatherford, deceased, and Takeda, as notice to the Court on  July 25, 2017 be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiff participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this 2nd of August, 2017.

HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE